HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.C., a minor by and through his guardian, MARIA CARBAJAL,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>Defendant. | NO. 2:20-cv-01694 RSL<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Civil Rule 3(g), Plaintiff above named respectfully notifies this Court that the above-captioned case is related to *Diaz, et al. v. Nintendo of America, Inc.,* 2:19-cv-01116-TSZ, Honorable Thomas S. Zilly presiding.

DATED this 18th day of November, 2020.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens*
    Kim D. Stephens, WSBA #11984
    Jason T. Dennett, WSBA #30686
    Kaleigh N.B. Powell, wSBA #52684
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Telephone: 206.682.5600/Fax: 206.682.2992
    Email:   kstephens@tousley.com
                 jdennett@tousley.com
                 kpowell@tousley.com
    *Attorneys for Plaintiff*

4844-0210-7346, v. 1

NOTICE OF RELATED CASE (2:20-cv-01694 RSL) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992