UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA CARBAJAL,

           Plaintiff,

   v.

NINTENDO OF AMERICA INC,

           Defendant.

C20-1694 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Pursuant to the parties' Stipulation Regarding Briefing Schedule (docket no. 11), Defendant shall have until January 29, 2021, to file a responsive pleading or motion.

(2)    Any responsive motion shall be noted for March 22, 2021, any opposition thereto shall be filed by March 1, 2021, and any reply shall be filed by the noting date.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of December, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1