HON. THOMAS S. ZILLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.C., a minor by and through his guardian,
MARIA CARBAJAL,

          Plaintiffs,

   v.

NINTENDO OF AMERICA, INC.,

          Defendant.

C20-1694 TSZ

**PLAINTIFF'S UNOPPOSED
MOTION AND ORDER FOR
EXTENSION OF DEADLINE TO
FILE MOTION FOR CLASS
CERTIFICATION**

NOTE FOR MOTION CALENDAR:
January 29, 2021

## **INTRODUCTION**

Plaintiff hereby moves this Court pursuant to LCR 7(d)(2)(A) and 10(g) to extend the

deadline set by Local Civil Rule 23(i)(3) for Plaintiff to move for class certification.

Plaintiff submits that good cause exists to extend the Local Civil Rule deadline for filing his

motion for class certification because the deadline for Defendant to file a responsive

pleading or motion to Plaintiff's Complaint and the briefing schedule related thereto has

been extended by Court Order dated December 11, 2020.  Thereafter, once the Court rules

on any dipositive motion, the Parties will need to engage in discovery on Plaintiff's

MOTION AND ORDER FOR EXTENSION OF DEADLINE
(C20-1694 TSZ) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

remaining claims before Plaintiff can bring any motion for class certification given the rigorous analysis standard required for class certification under Fed. R. Civ. P. 23.

Plaintiff has conferred with Defendant, and Defendant indicated that it does not oppose the relief requested herein. In support of this motion, Plaintiff states as follows:

## BACKGROUND

Plaintiff A.C., by and through his guardian, Maria Carbajal, filed his initial complaint on November 17, 2020. *See* ECF No. 1.

On December 9, 2020, the Parties filed a Stipulation and [Proposed] Order Regarding Briefing Schedule to extend the deadlines for Defendant to respond to Plaintiff's Complaint.  The Court entered a Minute Order on December 11, 2020 adopting the Parties' proposed briefing schedule. ECF No. 13.  Defendant's responsive pleading or motion will be due on January 29, 2021. Any responsive motion shall be noted for March 22, 2021, any opposition thereto shall be filed by March 1, 2021, and any reply shall be filed by the noting date. *Id.*

On January 15, 2021, in response to a joint request from the Parties, the Court extended the Federal Rule of Civil Procedure 26(f) deadline to April 19, 2021, and extended the deadlines for the exchange of Initial Disclosures and the filing of a Joint Status Report to May 3, 2021.

LCR 23(i)(3) requires Plaintiff to file a motion for class certification within 180 days after the filing of their initial complaint commencing this class action, i.e., by **May 16, 2021**.

## ARGUMENT

This Court has broad discretion in determining whether to extend the deadline for filing a class certification motion set by LCR 23(i)(3).  *See, e.g.*, *Rocha v. Yoshinoya W., Inc.*,

MOTION AND ORDER FOR EXTENSION OF DEADLINE
(C20-1694 TSZ) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

No. CV 06-00487 MMM (AJWx), 2006 U.S. Dist. LEXIS 101445, at *7 (C.D. Cal. Dec. 29, 2006) ("District courts have broad discretion to enforce [a class certification deadline local] rule."); *see also Blough v. Shea Homes, Inc.*, No. C12-1493 RSM, 2014 U.S. Dist. LEXIS 50606, at *6 (W.D. Wash. Apr. 10, 2014) (discussing LCR 23(a)(i)(3) and acknowledging that "there is no hard and fast rule to the precise stage in litigation when class certification must be determined."). Courts recognize that a class certification briefing schedule contemplated by this type of local rule, "when considered alongside federal rules regarding status conferences and the timing of discovery," can be "unrealistic in light of recent case law regarding the need to establish a sufficient factual record at the class certification stage." *See Balser v. Hain Celestial Grp., Inc.*, 640 F. App'x 694, 696 (9th Cir. 2016). Indeed, in *Wal-Mart Stores, Inc. v. Dukes*, the Supreme Court, stated that "Rule 23 does not set forth a mere pleading standard. A party seeking class certification must affirmatively demonstrate his compliance with the Rule— that is, he must be prepared to prove that there are in fact sufficiently numerous parties, common questions of law or fact, etc." 564 U.S. 338, 350 (2011); *see also* FED. R. CIV. P. 23. "Before certifying a class, the Court must conduct a 'rigorous analysis' to determine whether Plaintiffs have met the requirements of Rule 23." *Fowler v. Guerin*, No. C15-5367 BHS, 2019 U.S. Dist. LEXIS 124416, at *4 (W.D. Wash. July 25, 2019) (citation omitted). This Court granted a similar motion to extend the deadline to file motion for class certification in *Diaz v. Nintendo of America, Inc.*, No. 19-cv-1116-TSZ (W.D. Wash. Dec. 6, 2019), ECF No. 34.

The discovery necessary to support and oppose a class certification motion will require significantly more time than contemplated by the current May 16, 2021 deadline under LCR 23(i)(3). Thus, there is good cause to relieve Plaintiff of the current May 16, 2021 class certification brief deadline (including Defendant's subsequent deadline with respect to any

MOTION AND ORDER FOR EXTENSION OF DEADLINE
(C20-1694 TSZ) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  opposition) under LCR 23(i)(3). This matter therefore requires exemption from LCR 23(i)(3).

2  Plaintiff represents that he has not made this motion for purposes of delay, and he has not

3  previously sought an extension of the class certification briefing deadline.

### CONCLUSION

5       WHEREFORE, Plaintiff requests that the Court grant this unopposed motion and

6  extend Plaintiff's deadline to move for class certification.  Plaintiff further requests that the

7  Court allow Plaintiff 15 days following the decision by the Court on Nintendo's responsive

8  motion to propose a new deadline for Plaintiff's motion for class certification.

9                                   Respectfully submitted,

10                                  **TOUSLEY BRAIN STEPHENS PLLC**

11

Date: January 21, 2021            By:  *s/ Kim D. Stephens*

12                                  Kim D. Stephens, WSBA #11984
                                    Jason T. Dennett, WSBA #30686
13                                  Kaleigh N.B. Powell, WSBA #52684
                                    1700 Seventh Avenue, Suite 2200
14                                  Seattle, Washington  98101
                                    Telephone:  206.682.5600/Fax: 206.682.2992
15                                  Email:      kstephens@tousley.com
                                                jdennett@tousley.com
16                                              kpowell@tousley.com

17                                  Benjamin F. Johns (admitted *pro hac vice*)
                                    Samantha E. Holbrook (admitted *pro hac vice*)
18                                  Andrew W. Ferich (admitted *pro hac vice*)
                                    Alex M. Kashurba (admitted *pro hac vice*)
19                                  **CHIMICLES SCHWARTZ KRINER**
                                    **& DONALDSON-SMITH LLP**
20                                  361 W. Lancaster Avenue
                                    Haverford, Pennsylvania 19041
21                                  Telephone: (610) 642-8500
                                    Email:      bfj@chimicles.com
22                                              awf@chimicles.com
                                                amk@chimicles.com
23
                                    *Counsel for Plaintiffs*

MOTION AND ORDER FOR EXTENSION OF DEADLINE                    **TOUSLEY BRAIN STEPHENS PLLC**
(C20-1694 TSZ) - 4                                            1700 Seventh Avenue, Suite 2200
                                                             Seattle, Washington  98101
                                                             TEL. 206.682.5600 • FAX 206.682.2992

1

**ORDER**

2          The Court hereby GRANTS Plaintiff's Motion to Extend Deadline for Plaintiff to File

3   Motion for Class Certification. The parties are directed to propose a class certification briefing

4   schedule by stipulation within 15 days following the decision by the Court on Nintendo's

5   responsive motion.

6          IT IS SO ORDERED this 27th day of January, 2021.

7

8                                              Thomas S. Zilly
                                               United States District Judge
9

10  4817-9613-8456, v. 1

11

12

13

14

15

16

17

18

19

20

21

22

23

MOTION AND ORDER FOR EXTENSION OF DEADLINE
(C20-1694 TSZ) - 5