THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.C., a minor by and through his guardian, MARIA CARBAJAL,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC.,<br><br>Defendant. | No. 2:20-cv-01694-TSZ<br><br>**JOINT STATUS REPORT** |

The Court previously granted Defendant Nintendo of America Inc.'s Motion to Compel Arbitration and stayed this action pending the outcome of arbitration. ECF No. 21. The Court ordered the parties to file a joint status report within 14 days of the completion of arbitration or by December 31, 2021, whichever occurred earlier. *Id.*

Plaintiff initiated individual arbitration with the American Arbitration Association ("AAA") in August 2021, and it remains pending. The arbitration is proceeding pursuant to the AAA's schedule and the parties' needs. The parties are satisfied with the progress of the arbitration and with the parties' cooperation to date. Unless the Court orders otherwise, the parties will file a joint status report upon the completion of arbitration or by July 1, 2022, whichever occurs earlier.

JOINT STATUS REPORT
(No. 2:20-CV-01694-TSZ) – 1

155164955

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | Dated: December 30, 2021 | By:   s/ Eric J. Weiss |

David J. Burman, WSBA No. 10611
Eric J. Weiss, WSBA No. 44807
Mallory Gitt Webster, WSBA No. 50025
Cara V. Wallace, WSBA No. 50111
David T. Martin, WSBA No. 50160
Madeline D. Swan, WSBA No. 56355

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Fax: 206.359.9000
Email: DBurman@perkinscoie.com
Email: EWeiss@perkinscoie.com
Email: MWebster@perkinscoie.com
Email: CWallace@perkinscoie.com
Email: DMartin@perkinscoie.com
Email: MSwan@perkinscoie.com

*Attorneys for Nintendo of America Inc.*

JOINT STATUS REPORT
(No. 2:20-CV-01694-TSZ) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

By:   s/ Benjamin F. Johns (with permission)

Kim D. Stephens, WSBA No. 11984
Jason T. Dennett, WSBA No. 30686
Kaleigh N.B. Powell, WSBA No. 52684

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
Email: kstephens@tousley.com
Email: jdennett@tousley.com
Email: kpowell@tousley.com

Benjamin F. Johns (*pro hac vice*)
Samantha E. Holbrook (*pro hac vice*)

**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Fax: 610.649.3633
Email: bfj@chimicles.com
Email: seh@chimicles.com

*Attorneys for A.C., a minor by and through his guardian, Maria Carbajal*

JOINT STATUS REPORT
(No. 2:20-CV-01694-TSZ) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000